PB-36 Doe v Niagara Falls City Sch. Dist. (2023 NY Slip Op 02274)

PB-36 Doe v Niagara Falls City Sch. Dist.

2023 NY Slip Op 02274

Decided on April 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 28, 2023

PRESENT: WHALEN, P.J.,

MOTION NO. (1015/22) CA 21-01223.

[*1]PB-36 DOE, PLAINTIFF-RESPONDENT, 
v
NIAGARA FALLS CITY SCHOOL DISTRICT, LASALLE JUNIOR HIGH SCHOOL, DEFENDANTS-APPELLANTS, AND ROBERT LEWIS, DEFENDANT. NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL, INTERVENOR-RESPONDENT.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.
SMITH, LINDLEY, BANNISTER, AND MONTOUR, JJ. (Filed Apr. 28, 2023.)